

JOHN F. WARREN
DALLAS COUNTY CLERK
GEORGE ALLEN BUILDING
CIVIL PROCESS
600 COMMERCE ST., SUITE 101
DALLAS, TEXAS 75202-3504
214-413-4227

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 10:23:34 AM
CHRISTOPHER A. PRINE
Clerk

**JUNE 24, 2025**

**FIFTEENTH COURT OF APPEALS**
**P.O. BOX 12852**
**AUSTIN, TX 78711**

In Re: CC-22-00078-B PEGASUS PAIN MANAGEMENT, PLLC vs. RONALD PAULSON, III AND JOHANNES B. MASSAR (15-25-00054-CV)

The Dallas County Clerk's Office has received notification from your office stating that the clerk's record is overdue. The record was prepared on **MARCH 24, 2025,** and is currently awaiting payment from the appellant/attorney. The fee for this clerk's record is **$90.00** and it will be submitted once the payment has been made. Please do not hesitate to contact me should you have any questions.

Thank You,

_____
**Daniel Yzaguirre, Deputy Clerk**

CC:
RAYMOND R. FERNANDEZ, JR.
FERNANDEZ L.L.P.
2515 MCKINNEY AVE., STE 920
DALLAS, TX 75201

RONALD PAULSON, III
1321 FARLEY DRIVE
MESQUITE, TX 75149

CC:
MARK A. TICER
LAW OFFICE OF MARK A. TICER
10440 N. CENTRAL EXPWY, STE 600
DALLAS, TX 75231

ROBERT L. KNEBEL
2515 MCKINNEY AVE., STE 920
DALLAS, TX 75201